# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139994

JACQUELINE MANESS,
   Plaintiff-Appellant,

v

CARLETON PHARMACY,
   Defendant,

and

KRYSTAL KLEEN CLEANERS COMPANY
and VICKIE ASHER,
   Defendants-Appellees.

SC: 139994
COA: 287486
Monroe CC: 05-020422-NO

_____/

  On order of the Court, the application for leave to appeal the October 22, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

  KELLY, C.J., would grant leave to appeal.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2010

_____
Clerk

s0317